IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

No. 4:13-CV-129-F

| | | |
|---|---|---|
| GLADYS M. FREEMAN, as | ) | |
| Administratrix of the Estate of Roger | ) | |
| Anthony, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| JOHN P. TURNER, individually and in | ) | |
| official capacity as a Police Officer with | ) | |
| the Town of Scotland Neck, and the | ) | |
| TOWN OF SCOTLAND NECK, | ) | |
| NORTH CAROLINA, | ) | |
| | ) | |
| Defendants. | ) | |

This matter is before the court on the Defendants' Motion to Stay the Pretrial Conference and Trial [DE-61] pending resolution of the Defendants' Motion for Summary Judgment [DE-46]. For good cause shown, and without objection from the Plaintiff, the motion is ALLOWED.

It is therefore ORDERED that trial in this matter, previously scheduled for the court's March 9, 2015 term of court, is hereby CONTINUED until the court's May 11, 2015 term. Furthermore, the deadlines for the pretrial order and pretrial conference, previously scheduled for February 17 and February 24, 2015, are hereby CONTINUED. The pretrial order deadline shall now be April 21, 2015, and the pretrial conference shall be held on April 28, 2015.

SO ORDERED.

This, the 3o day of January, 2015.

James C. Fox
JAMES C. FOX
Senior United States District Judge