IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

No. 4:13-CV-129-F

| | | |
|---|---|---|
| GLADYS M. FREEMAN, as Administratrix of the Estate of Roger Anthony, | ) ) ) ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | **ORDER** |
| JOHN P. TURNER, individually and in official capacity as a Police Officer with the Town of Scotland Neck, and the TOWN OF SCOTLAND NECK, NORTH CAROLINA, | ) ) ) ) ) ) ) | |
| Defendants. | ) | |

This matter is before the court *sua sponte*. During the pretrial conference held on April 28, 2015, the parties informed Magistrate Judge Robert B. Jones, Jr., that they had reached a settlement in this matter. Accordingly, this action is DISMISSED without prejudice to either party to file a motion to reopen should settlement not be consummated on or before June 30, 2015. Unless a party files a motion to reopen, counsel are DIRECTED to file their Joint Stipulation of Dismissal on or before that date.

SO ORDERED.

This, the 30 day of April, 2015.

JAMES C. FOX
Senior United States District Judge